822 A.2d 607

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. ANTHONY PETRUCCI, DEFENDANT–
RESPONDENT.

April 28, 2003.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Traci Stanton,* 176 *N.J.* 75, 820 A.2d 637 (2003).